June 16, 1967

Commonwealth ex rel. Bell, Appellant, *v.* Maroney.

Submitted April 10, 1967. *William A. Jones*, for appellant; *Edwin J. Martin* and *Charles B. Watkins*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for appellee.
Order affirmed.

Commonwealth ex rel. Bonaparte, Appellant, *v.* Myers.

Submitted March 13, 1967. *John T. Bonaparte, II*, appellant, in propria persona; *John T. Miller*, First Assistant District Attorney, for appellee.
Appeal quashed.